02-11-019-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00019-CR

 


 
 
 Christopher Holmes
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 tHE STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

------------

 

FROM COUNTY CRIMINAL Court NO. 4 OF DENTON
COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered AAppellant’s Motion To Withdraw
Notice Of Appeal And Dismiss.@  The motion complies with
rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                            PER
CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED: 
March 24, 2011









[1]See
Tex. R. App. P. 47.4.